# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>KELBYONE, LLC,<br><br>Defendant. | CASE NO.: 8:21-cv-02491-MSS-AAS<br><br>JURY TRIAL DEMANDED |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Rothschild broadcast Distribution Systems, LLC ("Plaintiff" and/or "RBDS") files this Notice of Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Plaintiff hereby voluntarily dismisses this action against Defendant Kelbyone, LLC without prejudice, pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

Dated: January 24, 2022         Respectfully submitted,

                                    */s/ Barbra A. Stern*
                                    Barbra A. Stern, Esquire
                                    Law Offices of Barbra Stern PA
                                    808 E. Las Olas Blvd. Suite 102
                                    Fort Lauderdale, FL 33301
                                    Phone: (954) 743-4710
                                    Direct Dial (954) 239-7249
                                    barbra@sterncnslt.com
                                    barbra@sternlawoffice.com
                                    **ATTORNEY(S) FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that the foregoing document was filed electronically on January 24, 2022., and was served via CM/ECF on all counsel who are deemed to have consented to electronic service.

                                    */s/ Barbra A. Stern*
                                    Barbra A. Stern, Esquire